UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY EDWARDS,

    Plaintiff,

v

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

    Defendants.

Case No. 2:17-cv-13091-TGB-DRG

Hon. Terrence G. Berg
Mag. David R. Grand

_____

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY

    The Plaintiff hereby dismisses the within action against Defendant Equifax Information Services, LLC, ONLY, with prejudice and without costs to either party.

Respectfully submitted

November 7, 2017

/s/ Gary Nitzkin_____
GARY D. NITZKIN (P41155)
Attorney for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
gary@crlam.com