## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

| | |
|---|---|
| TIMOTHY EDWARDS,<br>        Plaintiff,<br><br>    vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company; TRANS UNION, LLC, a foreign limited liability company; and CAINE & WEINER COMPANY, INC., a foreign profit corporation;<br>        Defendants. | CASE NO. 2:17-cv-13091-TGB-DRG<br><br>Judge Terrence G. Berg<br>Magistrate Judge David R. Grand |

_____

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT TRANS UNION, LLC, ONLY
_____

Plaintiff Timothy Edwards, by counsel, and Defendant Trans Union, LLC, by counsel, having agreed to the entry of this Stipulation And Order Of Dismissal With Prejudice dismissing all claims of Plaintiff Timothy Edwards against Defendant Trans Union, LLC only, with prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Timothy Edwards against Defendant Trans Union, LLC only are dismissed, with prejudice. Plaintiff and Trans Union, LLC shall each bear their own costs and attorneys' fees.

                                                        /s/Terrence G. Berg
                                                        TERRENCE G. BERG
                                                        UNITED STATES DISTRICT JUDGE

DATED: December 19, 2017

**I consent to the entry of this order**:

Date:  November 22, 2017        */s/Carl Schwartz (w/ consent)*
                                                      Gary D. Nitzkin, Esq.
                                                      Carl Schwartz, Esq.
                                                      Credit Repair Lawyers of America
                                                      22142 West Nine Mile Road
                                                      Southfield, MI  48033
                                                      Telephone:  248-353-2882
                                                      Fax:  248-213-6397
                                                      E-Mail:  gnitzkin@creditor-law.com
                                                                   carl@crlam.com

                                                      *Counsel for Plaintiff Timothy Edwards*

Date:  November 22, 2017        */s/William M. Huse*
                                                      Laura K. Rang, Esq.  (IN #26238-49-A)
                                                     William M. Huse, Esq. (IN #31622-49)
                                                     Schuckit & Associates, P.C.
                                                     4545 Northwestern Drive
                                                     Zionsville, IN  46077
                                                     Telephone:  317-363-2400
                                                     Fax:  317-363-2257
                                                     E-Mail:  lrang@schuckitlaw.com
                                                     E-Mail:  whuse@schuckitlaw.com

                                                     *Counsel for Trans Union, LLC*

Brian A. Nettleingham, Esq. (MI #P58966)
Maddin, Hauser, Wartell, Roth
& Heller, P.C.
28400 Northwestern Hwy., 3rd Floor
Southfield, MI 48034
Telephone: 248-359-7503
E-Mail: ban@maddinhauser.com

*Local Counsel for Defendant Trans Union, LLC*