UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY EDWARDS,
     Plaintiff,

                                        Case No. 2:17-cv-13091-TGB-DRG
v.                                      Hon. Terrence G. Berg
                                        Mag. J.: David R. Grand

EQUIFAX INFORMATION SERVICES, LLC., *et al.*,
     Defendants.
_____

### STIPULATION TO DISMISS CASE AGAINST DEFENDANT CAINE & WEINER COMPANY, INC. ONLY WITH PREJUDICE AND WITHOUT FEES OR COSTS

The parties, as evidenced by the signatures of their respective counsel below,

stipulate to the dismissal of Plaintiff's claims against Defendant Caine & Weiner

Company, Inc. only, with prejudice and without attorney's fees or costs to either

party.

/s/ Gary D. Nitzkin                      /s/ Mimi D. Kalish w/permission
Gary D. Nitzkin (P41155)                 Mimi D. Kalish (P52383)
Attorney for Plaintiff                   Attorney for Defendant
22142 West Nine Mile Road                30057 Orchard Lake Rd., Ste. 200
Southfield, Michigan 48034               Farmington Hills, MI 48334
(248) 353-2882                           (248) 851-6000
gary@crlam.com                           mimi@stillmanlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY EDWARDS,
     Plaintiff,

                                 Case No. 2:17-cv-13091-TGB-DRG
v.                              Hon. Terrence G. Berg
                                 Mag. J.: David R. Grand

EQUIFAX INFORMATION SERVICES, LLC., *et al.*,
     Defendants.
_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT FEES OR COSTS AS TO
## DEFENDANT CAINE & WEINER COMPANY, INC. ONLY

The Court, having reviewed the parties' stipulation and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action against Defendant Caine & Weiner Company, Inc. only, is hereby dismissed with prejudice and without fees or costs to either party.  The Clerk of the Court shall terminate Caine & Weiner Company, Inc. as a party in this action and remove its attorneys of record from receiving ECF Notifications.

There being no remaining defendants in this matter, the case is DISMISSED with prejudice.

**J**                                   **/s/Terrence G. Berg**
                                       **TERRENCE G. BERG**
                                       **UNITED STATES DISTRICT JUDGE**
**DATED: January 5, 2018**